IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ERWING ALEMAN BARRIOS, *

Petitioner, *

v. Case No. 7:26-cv-114 (LAG-CHW)

*

WARDEN, IRWIN COUNTY DETENTION CENTER, et al., *

Respondents. *

## **J U D G M E N T**

Pursuant to this Court's Order dated August 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of August, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk